Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Michael James KEADY |
| **Docket Number:** | 1:09CR00117-01 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/01/2008 |
| **Original Offense:** | 18 USC 2250(a) - Failure to Register as a Sex Offender (CLASS C FELONY) |
| **Original Sentence:** | 15 Months Bureau of Prisons; 3 years supervised release; $100 special assessment; mandatory drug testing. |
| **Special Conditions:** | Warrantless search and seizure; Mental health counseling and treatment; Subject to random searches; Computer/ electronic storage device search; Prohibited from owning or having in his possession any pornographic material or erotica; Not possess any operating photographic equipment to view pornography or child erotica; Not use the Internet to view any form of pornography or child erotica; No contact with children under the age of 18; Prohibited from any place where minor children under the age of 18 congregate; Maintain compliance with all sex offender registration. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/03/2009 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |

RE:    Michael James KEADY
       Docket Number:  1:09CR117-01
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER

**Other Court Action:**

**03/24/2009:** The Eastern District of California accepted jurisdiction from the Northern District of Iowa.

**11/13/2009:** Non-compliance report submitted advising the Court of the defendant's violation of State Parole. The probation officer recommended the Court take no negative action. The Court approved the request on November 13, 2009.

**02/02/2010:** Non-compliance report submitted requesting tolling of time. The Court approved on February 2, 2010.

**07/08/2010:** Non-compliance report submitted advising the Court of the defendant's failure to make payments towards his Court-ordered financial obligation. The probation officer recommended the Court take no negative action. The Court approved on July 12, 2010.

**10/19/2010:** Non-compliance report submitted advising the Court of the defendant's violation of State Parole. The probation officer recommended the Court take no negative action. The Court approved the request on November 1, 2010.

**02/18/2011:** Non-compliance report submitted requesting tolling of time. The Court approved on February 18, 2011.

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

Toll time due to recent incarceration, extending supervision to November 15, 2012.

**Justification:** On February 8, 2011, Mr. Keady was arrested for a violation of parole. The parole violation was due to his failing to notify his parole agent of change in address and failing to update his sex offender registration reflecting the new address. According to state parole, Mr. Keady

RE:  Michael James KEADY
     Docket Number:  1:09CR117-01
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

changed his residence to 3221 Panama Lane from 3127 Panama Lane without notifying his parole agent. In addition, he failed to register his new address with law enforcement as part of his sex offender registrant requirement.

Mr. Keady admitted to the parole violations on February 25, 2011, and was ordered to serve six months custody. On May 9, 2011, Mr. Keady was released from custody. Since, he was unavailable for supervision the undersigned will request that his supervision time be tolled and his termination date extended from August 17, 2012, to November 15, 2012.

It should also be noted Mr. Keady was arrested by his parole agent on May 17, 2011, after pornographic images were found on a cellular phone possessed by the defendant. At this time, Mr. Keady remains in custody. The Court will be notified within an appropriate recommendation concerning this matter once all law enforcement reports are received and reviewed.

Respectfully submitted,

/s/ J. C. Hill

**J. C. HILL**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**   May 23, 2011
             Bakersfield, California
             JCH: dk

                  /s/ Thomas A. Burgess
**REVIEWED BY:**  _____
                  **THOMAS A. BURGESS**
                  **Supervising United States Probation Officer**

RE:     Michael James KEADY
        Docket Number:  1:09CR117-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(    )   Modification not approved at this time.  Probation Officer to contact Court.

(    )   Other:

IT IS SO ORDERED.

Dated:   May 25, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE